No. 2014-1825

# In the
# United States Court of Appeals
# for the Federal Circuit

---

PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,
*Plaintiff-Appellee*,

v.

ECHOSTAR CORPORATION, DISH NETWORK CORPORATION, FKA ECHOSTAR COMMUNICATIONS CORPORATION, ROVI GUIDES, INC., TVG-PMC, INC.,
*Defendants-Appellants.*

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:08-cv-00070-RSP, Magistrate Judge Roy S. Payne

---

### <u>UNOPPOSED</u> MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THE OPENING BRIEF FOR DEFENDANTS-APPELLANTS ROVI GUIDES, INC. AND TVG-PMC, INC.

---

Pursuant to Fed. R. App. P. 27 and Fed. Cir. R. 26(b), Defendants-Appellants Rovi Guides, Inc. and TVG-PMC, Inc. (Rovi) respectfully request a 30-day extension of time for filing their opening brief in the above-captioned case. Counsel for all other parties have represented that their clients do <u>not</u> oppose this request.

1. The current deadline for Rovi's opening brief is November 17, 2014. Rovi requests a 30-day extension from that date, which would create a new deadline of

December 17, 2014. No previous extensions for this filing have been sought or obtained.

2. This extension is necessary because the press of a heavy caseload has made it increasingly difficult for Rovi's counsel to complete the opening brief by the existing deadline. Rovi's appellate counsel have competing deadlines and obligations in other matters, including those pending in this Court (*e.g.*, *PersonalWeb Techs., LLC* v. *EMC Corp.*, Nos. 14-1602, -03, -04, -05, -06, -07 (Fed. Cir.) (opening brief due Nov. 7, 2014); *SpeedTrack, Inc.* v. *Office Depot, Inc.*, No. 14-1475 (Fed. Cir.) (reply brief due Nov. 24, 2014)), and other courts (*e.g.*, *In re Snowden (Snowden* v. *Check into Cash of Wash. Inc.)*, No. 13-35291 (9th Cir.) (rehearing petition due Oct. 10, 2014, before case settled on Oct. 9); *Parallel Networks Licensing, LLC* v. *IBM Corp.*, No. 13-2072-SLR-SRF (D. Del.) (brief due Oct. 17, 2014)).

In light of these and other obligations, and the importance of the issues presented in this case, Rovi requires additional time in order to provide the Court with full and helpful briefing. This first (and unopposed) extension is not sought for delay, and no party will be prejudiced if it is granted.

3. Accordingly, Rovi respectfully requests that the Court extend the time for filing the opening brief until December 17, 2014.

Respectfully submitted.

/s/ *Daniel L. Geyser*

| | |
|---|---|
| Roderick G. Dorman | Daniel L. Geyser |
| *Principal Attorney* | McKool Smith, P.C. |
| Marc Morris | 300 Crescent Court, Suite 1500 |
| McKool Smith Hennigan, P.C. | Dallas, TX 75201 |
| 865 South Figueroa St., Suite 2900 | Tel.: (214) 978-4014 |
| Los Angeles, CA 90017 | Fax: (214) 978-4044 |
| Tel.: (213) 694-1200 | *dgeyser@mckoolsmith.com* |
| Fax: (213) 694-1234 | |
| *rdorman@mckoolsmithhennigan.com* | |
| *mmorris@mckoolsmithhennigan.com* | |

*Counsel for Defendants-Appellants Rovi Guides, Inc. and TVG-PMC, Inc.*

November 5, 2014

No. 2014-1825

# In the
# United States Court of Appeals
# for the Federal Circuit

---

PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,
*Plaintiff-Appellee*,

v.

ECHOSTAR CORPORATION, DISH NETWORK CORPORATION, FKA ECHOSTAR COMMUNICATIONS CORPORATION, ROVI GUIDES, INC., TVG-PMC, INC.,
*Defendants-Appellants.*

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:08-cv-00070-RSP, Magistrate Judge Roy S. Payne

---

### DECLARATION OF DANIEL L. GEYSER

---

I, Daniel L. Geyser, do hereby declare as follows:

1. I am a principal in the law firm of McKool Smith, P.C., and a member in good standing of the bar of this Court. Except as indicated otherwise, I make this declaration based on my own personal knowledge; if called as a witness, I could and would testify competently to these facts under oath. I represent Defendants-Appellants Rovi Guides, Inc. and TVG-PMC, Inc. (Rovi) in this matter, and I am authorized to make this declaration on their behalf.

2. The opening brief is currently due on November 17, 2014, and was originally due on the same date. No previous extensions for this filing have been sought or obtained.

3. Rovi respectfully seeks a 30-day extension, which would extend the current deadline to December 17, 2014. In accordance with Fed. Cir. R. 26(b)(1), this motion is being filed at least 7 days before the expiration of the pending deadline.

4. As described in additional detail in the accompanying motion, this extension is warranted due to the press of a heavy caseload, including a series of competing deadlines and obligations in other matters. The extension requested would provide Rovi's counsel the necessary amount of time to finish, in a comprehensive and responsible way, the analysis and briefing for the important questions presented in this case.

5. Rovi's counsel has exercised and will continue to exercise diligence in this matter, and anticipates completing and filing the opening brief within the period requested by this motion.

6. According to their counsel, Plaintiff-Appellee Personalized Media Communications, L.L.C. and Defendants-Appellants EchoStar Corporation and DISH Network Corporation are not opposed to this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Dallas, Texas, on November 5, 2014.

                                      /s/ *Daniel L. Geyser*
                                      Daniel L. Geyser

No. 2014-1825

# In the
# United States Court of Appeals
# for the Federal Circuit

---

PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,
*Plaintiff-Appellee*,

v.

ECHOSTAR CORPORATION, DISH NETWORK CORPORATION, FKA ECHOSTAR COMMUNICATIONS CORPORATION, ROVI GUIDES, INC., TVG-PMC, INC.,
*Defendants-Appellants.*

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:08-cv-00070-RSP, Magistrate Judge Roy S. Payne

---

**CERTIFICATE OF INTEREST**

---

Counsel for Defendants-Appellants Rovi Guides, Inc. and TVG-PMC, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Rovi Guides, Inc. and TVG-PMC, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Rovi Guides, Inc. and TVG-PMC, Inc. are wholly owned subsidiaries of Rovi Corporation.

4.     The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

 **MCKOOL SMITH HENNIGAN, P.C.:** Roderick G. Dorman and Marc Morris

 **MCKOOL SMITH, P.C.:** Samuel F. Baxter and Daniel L. Geyser

 **GILLAM & SMITH, LLP:** Melissa R. Smith

 **ASHE, RAFUSE & HILL, LLP:** William B. Hill, Jr. and Joseph C. Sharp

               Respectfully submitted.

               /s/ *Daniel L. Geyser*

Roderick G. Dorman         Daniel L. Geyser
 *Principal Attorney*         MCKOOL SMITH, P.C.
Marc Morris            300 Crescent Court, Suite 1500
MCKOOL SMITH HENNIGAN, P.C.    Dallas, TX  75201
865 South Figueroa St., Suite 2900    Tel.:  (214) 978-4014
Los Angeles, CA  90017        Fax:  (214) 978-4044
Tel.:  (213) 694-1200         *dgeyser@mckoolsmith.com*
Fax:  (213) 694-1234
*rdorman@mckoolsmithhennigan.com*
*mmorris@mckoolsmithhennigan.com*

               *Counsel for Defendants-Appellants Rovi Guides, Inc. and TVG-PMC, Inc.*

November 5, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2014, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the U.S. Court of Appeals for the Federal Circuit, using the appellate CM/ECF system. I further certify that all parties in the case are represented by lead counsel who are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

> /s/ *Daniel L. Geyser*
> Daniel L. Geyser
> MCKOOL SMITH, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, TX 75201
> Tel.: (214) 978-4014
> Fax: (214) 978-4044
> *dgeyser@mckoolsmith.com*

November 5, 2014